**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paul R. Weiman II                  CHAPTER 13
        Sharon C. Weiman

                      Debtor(s)              BKY. NO. 20-12175 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                   Respectfully submitted,

                           /s/ *Rebecca Solarz*
                           Rebecca Solarz
                           02 Dec 2020, 17:02:12, EST

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322