## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **Paul R. Weiman, II**                         :          **Chapter 13**
          **Sharon C. Weiman**                      :          **Bankruptcy No.**
                                   :          **20-12175 AMC**

## O R D E R

      **AND NOW**, upon consideration of the Application for Compensation ("the Application")

filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that

proper service has been made on all interested parties and upon the Applicant's certification of

no response,

      It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,250.00**.

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative

    expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)

    and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  less **$1,640.00** which

    was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the

    terms of the confirmed chapter 13 plan.

**Date:** ___
  **Date: December 15, 2020**                              _____
                                  **ASHELY M. CHAN**
                                  **U.S. BANKRUPTCY JUDGE**