## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Sharon C. Weiman<br>            Paul R. Weiman II<br>                              Debtor(s) | | CHAPTER 13 |
| MIDFIRST BANK<br>                              Movant<br>              vs.<br>Sharon C. Weiman<br>Paul R. Weiman II<br>                              Debtor(s) | | NO. 20-12175 AMC |
| William C. Miller Esq.<br>                              Trustee | | 11 U.S.C. Section 362 |

### MOTION OF MIDFIRST BANK
### TO APPROVE LOAN MODIFICATION

1. The Movant is MIDFIRST BANK.

2. Debtor(s) is/are the owner(s) of the premises 409 Grenoble Drive , Sellersville, PA 18960, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of  $254,705.00 on the mortgaged premises that was executed on April 18, 2018 . Said mortgage was recorded on April 18, 2018 at Instrument Number 2018019736

4. William C. Miller Esq., is the Trustee appointed by the Court.

5. Debtor has applied and been approved for a Loan Modification Agreement with Movant. The Loan Modification is attached hereto as Exhibit "A".

6. Movant seeks Court approval of the Loan Modification by way of the within Motion.

7. Approval and recordation (if applicable) of the Loan Modification shall not constitute a violation of the automatic stay.

8. Upon Court approval of the within Motion, Movant shall file an Amended Proof of Claim to reflect the Loan Modification within thirty (30) days of the entry of any such Order.

WHEREFORE, Movant prays that an Order be entered approving the Loan Modification Agreement and allowing for the recordation of such agreement (if applicable).

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant