**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Sharon C. Weiman<br>Paul R. Weiman II<br>　　　　Debtor(s) | | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　Movant<br>　　vs. | | NO. 20-12175 AMC |
| Sharon C. Weiman<br>Paul R. Weiman II<br>　　　　Debtor(s) | | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>　　　　Trustee | | |

## ORDER

AND NOW, this _____ day of _____, 2021 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on  February 4, 2021  does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Sharon C. Weiman
409 Grenoble Drive
Sellersville, PA 18960

Paul R. Weiman II
409 Grenoble Drive
Sellersville, PA 18960

Michael Seth Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532