**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sharon C. Weiman<br>         Paul R. Weiman II<br>                    Debtor(s)<br><br>MIDFIRST BANK<br>                    Movant<br>        vs.<br><br>Sharon C. Weiman<br>Paul R. Weiman II<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br>NO. 20-12175 AMC<br><br><br>11 U.S.C. Section 362 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of MIDFIRST BANK to Approve Loan Modification and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on July 2, 2021, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Sharon C. Weiman
409 Grenoble Drive
Sellersville, PA 18960

Paul R. Weiman II
409 Grenoble Drive
Sellersville, PA 18960

Attorney for Debtor(s)
Michael Seth Schwartz, Esq.
707 Lakeside Office Park
Southampton, PA 18966

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Office of the US Trustee
200 Chestnut Street, Suite 502
Philadelphia, P A19106

Date: July 2, 2021

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322