Certificate Number: 15317-PAE-DE-037342913

Bankruptcy Case Number: 20-12175



15317-PAE-DE-037342913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 12, 2023, at 9:29 o'clock AM PDT, Paul R Weiman II completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 13, 2023

By: /s/Philip Sta. Teresa

Name: Philip Sta. Teresa

Title: Certified Counselor