Certificate Number: 15317-PAE-DE-037340059

Bankruptcy Case Number: 20-12175



15317-PAE-DE-037340059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 12, 2023, at 9:29 o'clock AM PDT, Sharon C Weiman completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 12, 2023            By:   /s/Philip Sta. Teresa

Name:   Philip Sta. Teresa

Title:   Certified Counselor