United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul R. Weiman, II  
Sharon C. Weiman  
    Debtors

Case No. 20-12175-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul R. Weiman, II, Sharon C. Weiman, 409 Grenoble Drive, Sellersville, PA 18960-2127 |
| 14499142 | | Key Bank, Attn: Bankruptcy Dept., Oh-01-51-06224910 Tiedeman Rd., Brooklyn, OH 44144 |
| 14514367 | + | LOANDEPOT.COM, LLC, Cenlar FSB, Bk Dept, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14499143 | + | Loan Depot, Attn: Bankruptcy, 4800 N Scottsdale Rd, Ste 1400, Scottsdale, AZ 85251-7632 |
| 14506491 | | Loandepot.Com, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14566764 | + | MIDFIRST BANK, C/O Rebecca Solarz, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14508060 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2023 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14505216 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 23:50:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14499138 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 23:50:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14499139 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:50:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14509632 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 23:50:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14503087 | | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14499141 | + | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14499140 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:50:26 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14506936 | + | Email/Text: RASEBN@raslg.com | Apr 27 2023 23:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14501127 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 27 2023 23:40:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14533207 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2023 23:50:20 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

Case 20-12175-amc   Doc 53   Filed 04/29/23   Entered 04/30/23 00:29:05   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Method | Timestamp | Name and Address |
|---|---|---|---|---|
| 14528956 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2023 23:50:20 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14499144 | + | Email/Text: bankruptcy@sw-credit.com | Apr 27 2023 23:40:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14499145 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:27 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14499146 | | Email/Text: bankruptcy@td.com | Apr 27 2023 23:40:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14502376 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:50:32 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14499147 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:50:33 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14507922 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor LOANDEPOT.COM jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Paul R. Weiman II msbankruptcy@gmail.com, schwartzmr87357@notify.bestcase.com |
| MICHAEL SETH SCHWARTZ | on behalf of Joint Debtor Sharon C. Weiman msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 27, 2023 | Form ID: 138OBJ | Total Noticed: 25

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Paul R. Weiman, II and Sharon C. Weiman

        Debtor(s)                      Case No: 20−12175−amc

                                      Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/27/23